UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22CR00893-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| RUFINO BRAVO-ESCALANTE, | |
| Defendants. | |

Pursuant to joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for May 20, 2022 at 1:30 p.m. be continued to June 24, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED**.

Dated: May 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge